UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:22-CR-26

KRISTOPHER LEE KELLUM

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath to Count One of the Indictment, which charge(s) that the Defendant, KRISTOPHER LEE KELLUM, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a SCCY, model CPX-1, 9mm pistol, and the firearm was in and affecting commerce, in violation of Sections 922(g)(1) and 924(a)(2) of Title 18 of the United States Code, which carries maximum possible penalties of a $250,000 fine, not more than 10 years imprisonment, not more than 3 years supervised release, and a special assessment of $100. However, if the defendant commits such offense after three previous convictions for a violent felony or serious drug offense, or both, committed on occasions different from one another, such person shall be imprisoned not less than 15 years nor more than life.

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge.

3. OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

4. VIOLATIONS OF THIS AGREEMENT: If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

6. ACKNOWLEDGMENTS: Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The

defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the 25th day of July, 2022.

_____
CLAY JOYNER
United States Attorney
MS Bar No. 10316

AGREED AND CONSENTED TO:

_____
KRISTOPHER LEE KELLUM
Defendant

APPROVED:

_____
MERRILL NORDSTROM
Attorney for Defendant
Mississippi Bar No. 100815