## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                                       NO. 1:22-CR-26

KRISTOPHER LEE KELLUM

### ORDER SETTING SENTENCING

Pursuant to the adjudication of the defendant's guilt at the change of plea hearing on August 24, 2022:

1.      The sentencing hearing will be set for **December 14, 2022**, at the United States Federal Building, Courtroom 1, 305 Main Street, Greenville, Mississippi.

2.      The United States Probation Office shall conduct a presentence investigation and prepare a presentence report.  Fed. R. Crim. P. 32(c) & (d); 18 U.S.C. § 3552(a); U.S.S.G. § 6A1.1.

3.      The probation officer shall disclose the completed presentence report to counsel for the defendant and counsel for the government on or before November 9, 2022.  Except for proposed special conditions of supervision, the probation officer shall not disclose any recommendation made or to be made, except to the Court.  Fed. R. Crim. P. 32(e)(3).

4.      Counsel shall attempt in good faith to resolve disputes over any material in the presentence report. All arithmetical, typographical, or other clear errors should be handled informally, by counsel, with the probation officer.  Any unresolved objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report, shall be filed as a restricted document by the objecting party on or before November 23, 2022.  Fed. R. Crim. P. 32(f)(2); U.S.S.G. § 6A1.2(b).  Any unresolved objections will be included in the addendum to the presentence report.  Responses to objections, if any, are due seven (7) days after the objections are filed.

5.      Any sentencing memoranda and/or supporting documents addressing all relevant sentencing issues, including motions for departure, shall be filed as restricted documents by the appropriate party on or before November 30, 2022.  Objections shall not be included in sentencing memoranda.  Reference letters may be filed at any time before the sentencing hearing but shall be filed as restricted documents.

6.      The presentence report, in final form, including any unresolved objections, will be

delivered to the Court and the parties on or before December 7, 2022. Fed. R. Crim. P. 32(g); U.S.S.G. § 6A1.2(c).

7.      The Court will resolve any objections to the presentence report at or before the sentencing hearing. Fed. R. Crim. P. 32(i); U.S.S.G. § 6A1.3.

8.      Any party intending to have one or more witnesses testify at the sentencing hearing shall give notice to the Court no less than ten (10) days before the sentencing hearing.

9.      Any failure to comply with the deadlines in this order, or any extensions of the deadlines granted, may result in a continuance of the sentencing hearing.

**SO ORDERED**, this 24th day of August, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**