IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

# CRIMINAL MINUTES – SENTENCING

No. 1:22-cr-26

UNITED STATES OF AMERICA V. KRISTOPHER LEE KELLUM

Place Held: Greenville, Mississippi

Date & Time Began: February 15, 2023, 1:06 p.m.
Date & Time Ended: February 15, 2023, 1:48 p.m.

TOTAL TIME: 42 minutes

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| LaToya L. Davis | Brenda Blackburn |
| Courtroom Deputy | Official Court Reporter |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Paul D. Roberts | Gregory S. Park |

U.S. PROBATION:
Andrew Fountain

Proceeding:   Sentencing

Remarks:   Sentencing held. Defendant remains in custody. Final judgment to follow.

DAVID CREWS, Clerk of Court

By: /s/LaToya L. Davis
    LaToya L. Davis, Courtroom Deputy